IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| DAVID MORGAN, | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| vs. | ) | No. CIV-06-994-C |
| | ) | |
| WARDEN ERIC FRANKLIN, et al., | ) | |
| | ) | |
| Defendants | ) | |

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by the United States Magistrate Judge on March 31, 2008. The court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation of the Magistrate Judge (Dkt. No. 59) is adopted and Plaintiff's civil rights complaint is dismissed without prejudice; Defendant Goedert is dismissed pursuant to Fed. R. Civ. P. 4(m); and Plaintiff's motion to add parties (Dkt. No. 52) is denied.

IT IS SO ORDERED this 29th day of April, 2008.

_____
ROBIN J. CAUTHRON
United States District Judge